UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil No. 5:98-cr-7-JMH |
| V. | ) | |
| REX HALL, | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. That Defendant Hall's motion is, and hereby shall be D**ENIED**;

2. That this is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 13th day of December, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge